

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-14-00376-CV

**IN RE KAREN G. BAUNCHAND**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator's Petition for Writ of Mandamus filed on December 8, 2014 is denied.

Relator's Emergency Motion for Interim Relief also filed on December 8, 2014 is

dismissed as moot. To the extent not previously lifted, the stay granted on December

18, 2014 is lifted.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Mandamus denied
Motion dismissed
Stay lifted
Opinion delivered and filed June 11, 2015
[OT06]

